In the Matter of the Acquisition of Title to Properties Required for Cross Island Parkway in the Town of Hempstead.

KOSCAR REALTY CORPORATION, Appellant; COUNTY OF NASSAU, Respondent.

Submitted October 5, 1942; decided October 29, 1942.

*Ruvin H. Koslow* for appellant.

*Marcus G. Christ, County Attorney* (*Robert W. Duvall* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.